**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 55 WAL 2022

         Respondent                     :

                                         :    Petition for Allowance of Appeal

                                         :    from the Order of the Superior Court

         v.                                 :

                                         :

ROBERT ALFRED PETRILL,              :

                                         :

          Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.